**NO JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>INNOVATIVE BUILDING CONTRACTORS, INC., a dissolved California corporation; ISAAC SANCHEZ AYALA, an individual; SURETEC INSURANCE COMPANY, a Texas corporation; DOE 1 through DOE 5, inclusive,<br><br>Defendants. | CASE NO.:<br><br>CV14-02227 DDP(PLAx)<br><br>DEFAULT SEVERAL JUDGMENT |
| AND RELATED COUNTER-CLAIMS | |

The Defendants, INNOVATIVE BUILDING CONTRACTORS, INC., a dissolved California corporation and ISAAC SANCHEZ AYALA, an individual; having been regularly served with process and having failed to appear and answer the

-1-

281802.1

Plaintiff's Complaint and the Defaults of INNOVATIVE BUILDING CONTRACTORS, INC., ("INNOVATIVE") and ISAAC SANCHEZ AYALA ("AYALA") have been entered.

AYALA is not an infant, or incompetent person, and the Servicemembers Civil Relief Act of 2003 is not applicable to this suit or to AYALA or INNOVATIVE.

The issues of the amount of damages and whether or not there is sufficient evidence to support the judgment requested by Plaintiff were submitted to the Court by motion supported by Declarations.

Based upon the Motion for Default Several Judgment, the Declarations submitted and all other records and documents on file,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

Judgment is entered in favor of Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, the administrator, agent for collection and a fiduciary to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA (hereinafter collectively "TRUST FUNDS"), and against Defendants, INNOVATIVE BUILDING CONTRACTORS, INC., a dissolved California corporation; ISAAC SANCHEZ AYALA, an individual, individually, jointly and severally for the principal sum of $14,877.02; interest in the sum of $1,140.12, attorney's fees in the sum of $1,561.03, and costs in the sum of $433.64 for a total Judgment sum of $18,011.81 covering the period from October 2013 through December 2013.

IT IS FURTHER ORDERED that this Judgment is for known delinquencies incurred during the period from October 2013 through December 2013; however, since TRUST FUNDS have not conducted an audit of EMPLOYER'S records during this time period, TRUST FUNDS shall retain and reserve their legal rights and

281802.1

remedies to seek recovery from EMPLOYER and/or AYALA of any amounts discovered to be owed by EMPLOYER during this time period, and this Judgment shall not operate as a bar, res judicata, or other limitation of any right of the TRUST FUNDS to determine and collect any additional amounts owed during the period from October 2013 through December 2013.

The Court finds that there is no just reason for delay in the entry of a final several judgment against INNOVATIVE and AYALA leaving the balance of the claims by asserted by Plaintiff against the remaining Defendant, SURETEC INSURANCE COMPANY.

Dated:  February 24, 2015

DEAN D. PREGRESON,
United States District Judge

-3-